Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Trent Lee Crain | § | CASE NO. 13-70302-hdh-13 |
| AND | § | |
| Wendy Lane Crain | § | Hearing on September 18, 2013 |
| | § | 10:00 AM |

NOTICE OF HEARING ON
DEBTORS' MOTION TO EXTEND AUTOMATIC STAY

COME NOW Trent Lee Crain and wife, Wendy Lane Crain, Debtors, and file this Notice of Hearing. Attorney for Debtors hereby notifies that hearing on Debtors' Motion to Extend Automatic Stay is set before the Honorable Judge Harlin D. Hale, at 10:00 am o'clock A M, September 18, 2013, in the United States Bankruptcy Court, Room 208, 1000 Lamar, Wichita Falls, Texas 76301.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

CERTIFICATE OF SERVICE

The undersigned hereby certified that on August 20, 2013, a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White,
Attorney for Debtors

Case 13-70302-hdh13 Doc 10 Filed 08/20/13 Entered 08/20/13 16:02:00 Page 2 of 2

Debtor(s): Trent Lee Crain
Wendy Lane Crain

Case No:
Chapter: 13

NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Aspire
Po Box 105555
Atlanta, GA 30348

Global Acceptnc Credit Company
5850 W I-20
Arlington, TX 76017

United Revenue Corp
Attention: Office Manager
204 Billings St. Suite 120
Arlington, TX 76010

Asset Acceptance Llc
Attention: Bankruptcy
PO Box 2036
Warren, MI 48090

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Wendy Lane Crain
506 W Inwood Dr
Wichita Falls, TX 76301

Bank of America
450 American St
Simi Valley, CA 93065

Jefferson Capital
16 McLeland Rd
Saint Cloud, MN 56303

Barclays Bank Delaware
Attention: Bankruptcy
PO Box 1337
Philadelphia, PA 19101

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-9617

Capital One, N.a.
Capital One Bank (USA) N.A.
PO Box 30285
Salt Lake City, UT 84130

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Citimortgage Inc
Attn: Bankruptcy
PO Box 140609
Irving, TX 75014

Oak Harbor Capital VI, LLC
c/o Weinstein & Riley PS
2001 Western Ave, Ste 400
Seattle, WA 98121

Executive Services
PO Box 2248
Wichita Falls, TX 76307

Paramount Recovery
Attn: Bankruptcy
PO Box 788
Lorina, TX 76655

First Premier Bank
PO Box 2208
Vacaville, CA 95696

Portfolio Recovery Associates,
Att Bankruptcy
PO Box 41067
Norfolk, VA 23541

Ford Motor Credit
PO Box 640001 DF
Dallas, TX 75364-0001

Trent Lee Crain
506 W Inwood Dr
Wichita Falls, TX 76301

Gemb/walmart
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Union Square
1401 Holliday St.
Wichita Falls, TX 76301